IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MINTON, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CACH, LLC and X, Y, Z CORPORATIONS** | : | **NO. 14-4371** |

## ORDER

**AND NOW**, this 25th day of September, 2014, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(1) and F.R.C.P. 12(b)(6) (Document No. 3) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.